CATHERINE MYERS, Respondent, *v.* ALBANY SAVINGS BANK, Appellant.

Argued June 12, 1946; decided July 23, 1946.

*Edward S. Rooney* and *Eugene P. Devine* for appellant.
*Boris Schneeberg* and *Evelyn E. DeWitt* for respondent.

*Jacquelin A. Swords* for The Bowery Savings Bank and The Bank for Savings of the City of New York, *amici curiæ,* in support of appellant's position.

Judgment affirmed, with costs; no opinion. [See 296 N. Y. 636.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.